**Order entered November 20, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00006-CR
No. 05-15-00007-CR
No. 05-15-00008-CR
No. 05-15-00009-CR

**GARY WAYNE BARNES SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F80-16530-J, F81-01027-J, F81-01105-J, F81-02518-J**

## ORDER

The Court **GRANTS** appellant's November 19, 2015 motion to supplement the clerk's records in these appeals. We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record in each appeal that contains: (1) appellant's original motion for post-conviction DNA testing; (2) the State's response to appellant's motion; and (3) the trial court's order ruling on appellant's motion for post-conviction DNA testing.

These appeals are from an order denying appellant's motion for post-conviction DNA testing in each case. In the brief, counsel discusses the evidence presented in the underlying trial

and identifies more than one complaining witness to a sexual assault by her full name. Accordingly, w We **STRIKE** the brief filed by appellant on November 19, 2015.  We **ORDER** counsel to file, within **TEN DAYS** of the date of this order an amended brief that identifies every victim of the sexual assaults by initials only.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk; Nanette Hendrickson, and the Dallas County District Attorney's Office.

/s/     ADA BROWN
        JUSTICE